
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| William Elvin Schrader | § | |
| xxx-xx-6460 | § | Case No. 21-20009 |
| 1622 Abbie Ln | § | |
| Marshall, TX 75672 | § | |
| | § | |
| Debtor | § | Chapter 13 |

## ORDER DISMISSING CHAPTER 13 CASE

ON THIS DATE came on for hearing the "Order to Show Cause as to Why Bankruptcy Case Should Not be Dismissed for Failure to Pay Filing Fee Installments" (the "Show Cause Order") entered in the above-referenced case. The Court finds that appropriate notice of the hearing set in the Show Cause Order was given according to the Federal Rules of Bankruptcy Procedure and the Local Rules. Debtor failed to appear at the hearing set in the Show Cause Order and also failed to pay the delinquent filing fee installments by the Show Cause Order hearing. Therefore, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced Chapter 13 case is **DISMISSED,** and that all Income Withholding Orders previously entered in this case are hereby terminated.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §1326(a)(2):

(1) the pre-confirmation adequate protection payments which have been previously tendered by the Debtor(s) to the Chapter 13 Trustee for the benefit of creditors holding an allowed claim secured by personal property

        retained by the Debtor(s) shall be forwarded to the applicable secured creditor(s) by the Chapter 13 Trustee in the monthly amount specified by the Debtor(s) in the most recently-proposed Chapter 13 plan;

(2)     funds thereafter remaining on deposit with the Chapter 13 Trustee, if any, shall first be applied to the payment of all approved administrative expenses, to be distributed on an equivalent basis until such time as a claim has been paid in full, unless a different distribution priority has been authorized under any prior order of the Court; and

(3)     following the full satisfaction of all allowed administrative expenses, funds thereafter remaining on deposit with the Chapter 13 Trustee, if any, shall be distributed to the Debtor(s).

Signed on 04/16/2021

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE